## WILLIAM HALL *v.* JOHN O'DONNELL.

Mechanics' Liens—Sub-contractor—Notice.

A mechanic's lien asserted by a sub-contractor is unavailing where a written notice, as required by the statute, has not been given.

APPEAL FROM KENTON CIRCUIT COURT.

September 30, 1869.

OPINION OF THE COURT BY JUDGE ROBERTSON:

The mechanic's lien asserted by the appellant as a sub-contractor is unavailing for want of the written notice required by the statute. And there is no proof of the alleged promise.

Nor does it sufficiently appear that after payments to the under-

takers and most of the subordinates, any surplus demandable for work or material remains unappropriated.

The $1,000 charged by the petition to have been a loan, must be adjudged to have been a payment. Positive testimony and intrinsic probability authorize no other conclusion.

Wherefore, the judgment dismissing the petition is *affirmed*.

*Carlisle & O'Hara, for appellant.*

*Fisks, for appellee.*